**NOTE: CHANGES MADE BY COURT**

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ROBERT MENA,

Plaintiff,

v.

ENTERPRISE BANK & TRUST; and DOES 1 to 10,

Defendants.

Case No. 8:26-cv-01627-FWS-MAR

**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) [19]**

Honorable Fred W. Slaughter
United States District Judge

Having reviewed and considered the Joint Stipulation for Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [19] ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

///

///

///

The above-captioned case is **DISMISSED WITH PREJUDICE** in its entirety, and each party shall bear his/her/its own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated: September 25, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE